## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CRAIG M. DRINKHALL
    KATHERINE A. DRINKHALL               Case No. 20-20914GLT

            Debtor(s)              Chapter 13

Ronda J. Winnecour                  Document No.____

            Movant
       vs.

US BANK NA

            Respondent(s)

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 23
Court Claim Number - 10

                            /s/  Ronda J. Winnecour
    8/9/2023                      RONDA J WINNECOUR PA ID #30399
                            CHAPTER 13 TRUSTEE WD PA
                            600 GRANT STREET
                            SUITE 3250 US STEEL TWR
                            PITTSBURGH, PA  15219
                            (412) 471-5566
                            cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CRAIG M. DRINKHALL
    KATHERINE A. DRINKHALL

                Case No.:20-20914GLT

        Debtor(s)

                Chapter 13

    Ronda J. Winnecour

                Document No.____

        Movant
      vs.

    US BANK NA

        Respondent(s)

### CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

CRAIG M. DRINKHALL, KATHERINE A. DRINKHALL, 434 PINE VALLEY DR, BRIDGEVILLE, PA 15017

KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA 15219

US BANK NA, C/O NATIONSTAR MORTGAGE LLC*, PO BOX 619094, DALLAS, TX 75261-9741

CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX 75261-9741

ROBERTSON ANSCHULTZ & SCHNEID PL, 133 GAITHER DR STE F, MT LAUREL, NJ 08054

---

08/09/2023

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com