IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Craig M. Drinkhall | ) | |
| Katherine A. Drinkhall, | ) | Case No. 20-20914 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | Document No. |
| Craig M. Drinkhall | ) | |
| Katherine A. Drinkhall, | ) | |
| *Movants* | ) | |
| | ) | |
| No Respondents | ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On April 9, 2020 at docket numbers 15 and 16, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| March 24, 2025 | /s/ Craig M. Drinkhall |
| Date | Debtor |

| | |
|---|---|
| March 24, 2025 | /s/ Katherine A. Drinkhall |
| Date | Debtor |

Respectfully submitted,


May 1, 2025

DATE

/s/ Kenneth Steidl

Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**