Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Craig M. Drinkhall** | : | Case No. 20−20914−GLT |
| **Katherine A. Drinkhall** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 64 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/30/25 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of May, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 64 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 14, 2025*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 30, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20914-GLT |
| Craig M. Drinkhall | Chapter 13 |
| Katherine A. Drinkhall | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 29, 2025 | Form ID: 604 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig M. Drinkhall, Katherine A. Drinkhall, 434 Pine Valley Dr, Bridgeville, PA 15017-3436 |
| cr | + | Township of South Fayette and South Fayette School, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15215300 | | American Express Business Loans, c/o Nationwide Credit Inc., Po Box 14581, Des Moines, IA 50306-3581 |
| 15215306 | | Citi Bank, c/o RAS Lavrar Collection Agency, 1122 South University Drive, 2nd Floor, Fort Lauderdale, FL 33324 |
| 15215311 | | Mariner Finance, c/o Fox & Fox Attorneys at Law, 425 Swede St., Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |
| 15215313 | + | One Main Financial, c/o Law Office of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15271283 | + | Township of South Fayette and South Fayette SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | May 30 2025 00:11:14 | Towd Point Mortgage Trust et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: RASEBN@raslg.com | May 30 2025 00:21:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15215298 | | Email/Text: bncnotifications@pheaa.org | May 30 2025 00:21:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15215299 | + | Email/Text: crdept@na.firstsource.com | May 30 2025 00:21:00 | American Express, c/o First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15215301 | | Email/PDF: bncnotices@becket-lee.com | May 30 2025 00:33:54 | American Express Corporation, Po Box 6985, Buffalo, NY 14240-6985 |
| 15228444 | | Email/PDF: bncnotices@becket-lee.com | May 30 2025 00:34:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15215302 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2025 00:21:00 | American Express Personal Loans, c/o Midland Credit Management, 350 Camin oDe La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15215303 | + | Email/Text: correspondence@credit-control.com | May 30 2025 00:21:00 | Bank of America, c/o Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15215304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2025 00:33:54 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15215305 | ^ | MEBN | May 30 2025 00:11:20 | Capital One Bank, c/o Hyat Hyat & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15221276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 30 2025 00:34:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15239870 | + | Email/Text: bankruptcy@cavps.com | May 30 2025 00:21:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15215307 | ^ | MEBN | May 30 2025 00:11:27 | Citi Bank, c/o Apothaker & Scian PC, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15215308 | ^ | MEBN | May 30 2025 00:11:21 | Citi Bank, c/o ARS National Services, Po Box 469100, Escondido, CA 92046-9100 |
| 15243437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2025 00:34:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15215310 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2025 00:34:02 | Macy's, Po Box 78008, Phoenix, AZ 85062-8008 |
| 15243360 | | Email/Text: bnc-quantum@quantum3group.com | May 30 2025 00:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15288530 | | Email/Text: ECMCBKNotices@ecmc.org | May 30 2025 00:21:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15215309 | + | Email/Text: correspondence@credit-control.com | May 30 2025 00:21:00 | JP Morgan Chase Bank, c/o Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15232016 | + | Email/Text: RASEBN@raslg.com | May 30 2025 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15226438 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2025 00:33:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15230743 | + | Email/Text: bankruptcy@marinerfinance.com | May 30 2025 00:21:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15215312 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2025 00:21:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15221497 | + | Email/PDF: cbp@omf.com | May 30 2025 00:33:53 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15242779 | + | Email/Text: bncnotifications@pheaa.org | May 30 2025 00:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15215314 | | Email/Text: Bankruptcy.Notices@pnc.com | May 30 2025 00:21:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15215315 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2025 00:21:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15225240 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2025 00:21:00 | Towd Point Mortgage Trust 2020-1, et.al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT, 84165-0250 |
| 15218670 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2025 00:21:00 | Towd Point Mortgage Trust et al., c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15230436 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2025 00:21:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 15215316 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 30 2025 00:21:00 | US Deptartment of Education, c/o Nelnet, Po Box 2837, Portland, OR 97208-2837 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: 604 | Total Noticed: 38 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association as Trustee for Stru |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15230278 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15239871 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Towd Point Mortgage Trust et al. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates  Series 2005-7XS dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette and South Fayette School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Craig M. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association ldoyle@squirelaw.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates  Series 2005-7XS wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: 604 | Total Noticed: 38 |

Steven P Kelly                  on behalf of Creditor Towd Point Mortgage Trust et al. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 13