| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Craig M. Drinkhall |
| Debtor 2 (Spouse, if filing) | Katherine A. Drinkhall |
| United States Bankruptcy Court for the : | WESTERN District of Pennsylvania (State) |
| Case number 20-20914-GLT | |

# Form 4100R
# Response to Notice of Final Cure

10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee

**Court claim no. (if known):** 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 7520

**Property address:**
434 PINE VALLEY DR ,
Number    Street
BRIDGEVILLE, PA 15017
City       State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07/01/2025
                                                              MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                        (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____
c. Total. Add lines a and b.                                       (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                MM/ DD/ YYYY

| Debtor 1 | Craig M. Drinkhall | | Case number (if known) | 20-20914-GLT |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Robert Shearer                              Date June 10, 2025
    Signature

Print   Robert Shearer                              Title Authorized Agent
        First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 Clinton Rd #202
          Number        Street

          Fairfield          NJ          07004
          City              State       ZIP Code

Contact   470-321-7112                             Email rshearer@raslg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF PITTSBURGH

IN RE: Craig M. Drinkhall and Katherine A. Drinkhall, Debtors.

CASE NO.: 20-20914-GLT
Chapter 13

/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___June 11___ 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Craig M. Drinkhall
434 Pine Valley Dr
Bridgeville, PA 15017

Katherine A. Drinkhall
434 Pine Valley Dr
Bridgeville, PA 15017

And via electronic mail to:

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Jessica Kerrigan
Email: jkerrigan@raslg.com