| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Craig M. Drinkhall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0279<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Katherine A. Drinkhall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2412<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–20914–GLT | | |

## Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig M. Drinkhall                                   Katherine A. Drinkhall

<u>7/16/25</u>                                            **By the court:** <u>Gregory L Taddonio</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20914-GLT

Craig M. Drinkhall     Chapter 13

Katherine A. Drinkhall

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jul 16, 2025     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig M. Drinkhall, Katherine A. Drinkhall, 434 Pine Valley Dr, Bridgeville, PA 15017-3436 |
| cr | + | Township of South Fayette and South Fayette School, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15215300 | | American Express Business Loans, c/o Nationwide Credit Inc., Po Box 14581, Des Moines, IA 50306-3581 |
| 15215306 | | Citi Bank, c/o RAS Lavrar Collection Agency, 1122 South University Drive, 2nd Floor, Fort Lauderdale, FL 33324 |
| 15215311 | | Mariner Finance, c/o Fox & Fox Attorneys at Law, 425 Swede St., Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |
| 15215313 | + | One Main Financial, c/o Law Office of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15271283 | + | Township of South Fayette and South Fayette SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jul 17 2025 00:15:18 | Towd Point Mortgage Trust et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 17 2025 00:18:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15215298 | | Email/Text: bncnotifications@pheaa.org | Jul 17 2025 00:19:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15215299 | + | Email/Text: crdept@na.firstsource.com | Jul 17 2025 00:19:00 | American Express, c/o First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15215301 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:45:35 | American Express Corporation, Po Box 6985, Buffalo, NY 14240-6985 |
| 15228444 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:34:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15215302 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2025 00:19:00 | American Express Personal Loans, c/o Midland Credit Management, 350 Camin oDe La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15215303 | + | Email/Text: correspondence@credit-control.com | Jul 17 2025 00:19:00 | Bank of America, c/o Credit Control LLC, 5757 |

Case 20-20914-GLT    Doc 75    Filed 07/18/25    Entered 07/19/25 00:34:47    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 3180W | Total Noticed: 40 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15215304 | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15215305 | ^ MEBN | Jul 17 2025 00:14:59 | Capital One Bank, c/o Hyat Hyat & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15221276 | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15239870 | + Email/Text: bankruptcy@cavps.com | Jul 17 2025 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15215307 | ^ MEBN | Jul 17 2025 00:15:48 | Citi Bank, c/o Apothaker & Scian PC, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15215308 | ^ MEBN | Jul 17 2025 00:15:53 | Citi Bank, c/o ARS National Services, Po Box 469100, Escondido, CA 92046-9100 |
| 15243437 | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15215310 | EDI: CITICORP | Jul 17 2025 04:09:00 | Macy's, Po Box 78008, Phoenix, AZ 85062-8008 |
| 15243360 | EDI: Q3G.COM | Jul 17 2025 04:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15288530 | Email/Text: ECMCBKNotices@ecmc.org | Jul 17 2025 00:19:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15215309 | + Email/Text: correspondence@credit-control.com | Jul 17 2025 00:19:00 | JP Morgan Chase Bank, c/o Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15232016 | + Email/Text: RASEBN@raslg.com | Jul 17 2025 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15226438 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 00:34:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15230743 | + Email/Text: bankruptcy@marinerfinance.com | Jul 17 2025 00:18:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15215312 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 17 2025 00:18:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15221497 | + EDI: AGFINANCE.COM | Jul 17 2025 04:09:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15242779 | + Email/Text: bncnotifications@pheaa.org | Jul 17 2025 00:19:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15215314 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 17 2025 00:18:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15215315 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 17 2025 00:20:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15225240 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 17 2025 00:20:00 | Towd Point Mortgage Trust 2020-1, et.al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT, 84165-0250 |
| 15218670 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 17 2025 00:20:00 | Towd Point Mortgage Trust et al., c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15230436 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 17 2025 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 15215316 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

Case 20-20914-GLT    Doc 75    Filed 07/18/25    Entered 07/19/25 00:34:47    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 3180W | Total Noticed: 40 |

Jul 17 2025 00:19:00    US Deptartment of Education, c/o Nelnet, Po Box 2837, Portland, OR 97208-2837

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association as Trustee for Stru |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15230278 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15239871 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Towd Point Mortgage Trust et al. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-7XS dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette and South Fayette School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Craig M. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association ldoyle@squirelaw.com logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-7XS wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 16, 2025 | Form ID: 3180W | Total Noticed: 40 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Towd Point Mortgage Trust et al. rshearer@raslg.com

Roger Fay
    on behalf of Creditor U.S. Bank National Association rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Towd Point Mortgage Trust et al. skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 14