**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/16/25 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    CRAIG M. DRINKHALL
    KATHERINE A. DRINKHALL
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-20914

Chapter 13

Related to Docket No. 64

**ORDER OF COURT**

  AND NOW, this _____ 16th Day of July, 2025 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Gregory L. Taddonio_

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 20-20914-GLT

Craig M. Drinkhall                                                                        Chapter 13

Katherine A. Drinkhall

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                  Page 1 of 4

Date Rcvd: Jul 16, 2025              Form ID: pdf900                                Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig M. Drinkhall, Katherine A. Drinkhall, 434 Pine Valley Dr, Bridgeville, PA 15017-3436 |
| cr | + | Township of South Fayette and South Fayette School, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15215300 | | American Express Business Loans, c/o Nationwide Credit Inc., Po Box 14581, Des Moines, IA 50306-3581 |
| 15215306 | | Citi Bank, c/o RAS Lavrar Collection Agency, 1122 South University Drive, 2nd Floor, Fort Lauderdale, FL 33324 |
| 15215311 | | Mariner Finance, c/o Fox & Fox Attorneys at Law, 425 Swede St., Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |
| 15215313 | + | One Main Financial, c/o Law Office of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15271283 | + | Township of South Fayette and South Fayette SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 17 2025 00:15:19 | Towd Point Mortgage Trust et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 17 2025 00:18:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15215298 | | Email/Text: bncnotifications@pheaa.org | Jul 17 2025 00:19:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15215299 | + | Email/Text: crdept@na.firstsource.com | Jul 17 2025 00:19:00 | American Express, c/o First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15215301 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:34:28 | American Express Corporation, Po Box 6985, Buffalo, NY 14240-6985 |
| 15228444 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:45:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15215302 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2025 00:19:00 | American Express Personal Loans, c/o Midland Credit Management, 350 Camin oDe La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15215303 | + | Email/Text: correspondence@credit-control.com | Jul 17 2025 00:19:00 | Bank of America, c/o Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15215304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 00:45:48 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15215305 | ^ | MEBN | Jul 17 2025 00:14:59 | Capital One Bank, c/o Hyat Hyat & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15221276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Jul 17 2025 00:34:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15239870 | + | Email/Text: bankruptcy@cavps.com | |
| | | Jul 17 2025 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15215307 | ^ | MEBN | |
| | | Jul 17 2025 00:15:46 | Citi Bank, c/o Apothaker & Scian PC, 520 Fellowship Road, Suite C-306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15215308 | ^ | MEBN | |
| | | Jul 17 2025 00:15:55 | Citi Bank, c/o ARS National Services, Po Box 469100, Escondido, CA 92046-9100 |
| 15243437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 17 2025 00:34:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15215310 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 17 2025 00:34:55 | Macy's, Po Box 78008, Phoenix, AZ 85062-8008 |
| 15243360 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 17 2025 00:19:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15288530 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Jul 17 2025 00:19:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15215309 | + | Email/Text: correspondence@credit-control.com | |
| | | Jul 17 2025 00:19:00 | JP Morgan Chase Bank, c/o Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15232016 | + | Email/Text: RASEBN@raslg.com | |
| | | Jul 17 2025 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15226438 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 17 2025 00:34:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15230743 | + | Email/Text: bankruptcy@marinerfinance.com | |
| | | Jul 17 2025 00:18:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15215312 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 17 2025 00:18:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15221497 | + | Email/PDF: cbp@omf.com | |
| | | Jul 17 2025 00:35:03 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15242779 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Jul 17 2025 00:19:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15215314 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 17 2025 00:18:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15215315 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jul 17 2025 00:20:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15225240 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jul 17 2025 00:20:00 | Towd Point Mortgage Trust 2020-1, et.al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT, 84165-0250 |
| 15218670 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jul 17 2025 00:20:00 | Towd Point Mortgage Trust et al., c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15230436 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 17 2025 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 15215316 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Jul 17 2025 00:19:00 | US Deptartment of Education, c/o Nelnet, Po Box 2837, Portland, OR 97208-2837 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jul 16, 2025 | Form ID: pdf900 | Total Noticed: 38

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association as Trustee for Stru |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15230278 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15239871 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Towd Point Mortgage Trust et al. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates  Series 2005-7XS dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette and South Fayette School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Craig M. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Katherine A. Drinkhall julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association ldoyle@squirelaw.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates  Series 2005-7XS wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Towd Point Mortgage Trust et al. rshearer@raslg.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com |

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Steven P Kelly

on behalf of Creditor Towd Point Mortgage Trust et al. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 14